# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 18CR5317-AJB |
|---|---|
| Plaintiff, | **ORDER CONTINUING FILING DEADLINES AND DIRECTING THE CLERK'S OFFICE TO RELEASE SEALED EXHIBITS TO THE GOVERNMENT** |
| v. | |
| STEVEN EDWARD MONCRIEF, | |
| Defendant. | |

GOOD CAUSE EXISTING, IT IS HEREBY ORDERED that the joint motion to continue deadlines for the response and reply to Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. 3582(c)(1)(A)(i) [ECF 497] is GRANTED. The Government's response is due no later than August 11, 2025. The Defendant's reply is due no later than August 18, 2025.

IT IS ALSO HEREBY ORDERED that the Clerk's Office for the United States District Court, Southern District of California, provide copies of the exhibits attached to the Motion to Seal [ECF 498] to Government counsel.

IT IS SO ORDERED.

Dated: July 31, 2025

Hon. Anthony J. Battaglia
United States District Judge